UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUG JUICE BRANDS, INC., ET AL.,

        Plaintiffs,

        Case No. 1:10-cv-229

v.

        HONORABLE PAUL L. MALONEY

GREAT LAKES BOTTLING COMPANY,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Great Lakes Bottling Company has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Great Lakes Bottling Company shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: March 30, 2010                                   /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge