UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION


BUG JUICE BRANDS, INC., ET AL.,

        Plaintiffs,

                                                            Case No. 1;10-cv-229

v.

                                                            HONORABLE PAUL L. MALONEY

GREAT LAKES BOTTLING COMPANY,

        Defendant.

_____/


## ORDER GRANTING MOTION TO EXPEDITE PROCEEDINGS AND SCHEDULING HEARING

        On August 4, 2010, the Plaintiffs filed a Motion for Contempt (Dkt. #104) and a Motion to Expedite Consideration of the Motion for Contempt (Dkt. #115). The Court being fully advised in the premises:

        **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Expedite Consideration of the Motion for Contempt (Dkt. #115) is **GRANTED**.

        **IT IS FURTHER ORDERED** that Defendant shall file a response to the Motion for Contempt by **12:00 p.m. (noon) on Wednesday, August 11, 2010**. A hearing on plaintiffs' motion will be held on **Friday, August 13, 2010 at 2:00 p.m.**, 174 Federal Building, Kalamazoo, Michigan.


Date:  August 5, 2010                                        /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge